MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America


FILED
Mar 28, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FELIPE RUIZ, and<br>JOSE GABREL AGUIRRE,<br><br>　　　　　　Defendants. | CASE NO. 1:25-mj-00030 SAB<br><br>SEALING ORDER |

　　The United States having moved this Court for an order permitting it to file under seal the complaint, arrest warrant, this motion to seal and the proposed sealing order, and all related papers in the above-referenced matter, and good cause appearing thereof,

　　IT IS HEREBY ORDERED that the the complaint, arrest warrant, this motion to seal and the proposed sealing order, and all related papers in the above-referenced matter shall not be disclosed to any person, unless otherwise ordered by this Court.

　　IT IS SO ORDERED


DATED: **Mar 28, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HON. STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE