MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>            v.<br><br>FELIPE RUIZ, and<br>JOSE GABRIEL AGUIRRE,<br><br>                        Defendants. | CASE NO. 1:25-MJ-00030-SAB<br><br>MOTION AND ORDER TO UNSEAL CASE |

    The government moves the Court to unseal the Indictment and all other filings in this case. On or about April 2, 2025, the defendants were arrested. They will make their initial appearance on April 2, 2025. Therefore, the case should be unsealed to advise the defendants of the charges against them.

Dated: Apriol 2, 2025

Very truly yours,
MICHELE BECKWITH
Acting United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

1

MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>FELIPE RUIZ, and<br>JOSE GABRIEL AGUIRRE,<br><br>              Defendants. | CASE NO. 1:25-MJ-00030-SAB<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED

DATED: 4/2/2025

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

2